UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-676-AGF |
| | ) | |
| ANTOINE ADEM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

This matter is before the Court on Defendant's Motion to Permit Immediate Release From Jail Less Than One Week Early Based on Global Pandemic. (Doc. No. 43). On December 20, 2019, Defendant was sentenced to a term of imprisonment of 45 days. In his motion, Defendant states that he is currently being held at the Ste. Genevieve County jail, and that he is scheduled to be released on March 25, 2020 according to the Bureau of Prisons website. He requests that he be released early in light of the risks posed by the COVID-19 pandemic, and states that the United States does not oppose the motion.

Although the undersigned recognizes the seriousness of the current health emergency posed by the COVID-19 pandemic, the Court is unaware of any statutory authority that permits a reduction of Defendant's sentence on this record, and Defendant has cited no such authority. The law is clear: absent statutory authority, the Court cannot reduce a final sentence. Section 3582(c) of Title 18 provides authority for a court to reduce a sentence under certain narrow circumstances, none of which appear to apply here. The

cases cited by Defendant all pertain to determinations whether to detain a defendant pre-trial or release him on conditions of release, and have no application here.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Permit Immediate Release From Jail Less Than One Week Early Based on Global Pandemic [Doc. No. 43] is **DENIED**.

Dated this 19th day of March, 2020.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE